

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

CRUZ-GARCIA, OBEL

CAUSE NUMBER WR-85,051-02

V.

THE STATE OF TEXAS

## ORDER

The above styled and numbered cause is before this Court on Application for Writ of Habeas Corpus pursuant to Art. 11.071 stemming from Applicant's Capital Murder conviction in Cause No. 1384794-A from the 337th District Court of Harris County.

Exhibits Nos. 1 - 36 are ordered returned to the District Clerk of Harris county.

IT IS SO ORDERED THIS THE 24TH DAY OF AUGUST, 2021

PER CURIAM

EN BANC
DO NOT PUBLISH